


MARTIN C. CARLSON
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U. S. Attorney
309 Federal Building
Scranton, PA  18501
Attorneys for Plaintiff
Phone:  (570)348-2800

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : <br> : <br> : | FILED<br>SCRANTON |
| v. | : No. 1:CV-01-0230<br>: (Rambo, J.)<br>: | APR 1 1 2002 |
| CHAD E. FLYNN<br>Defendant. | : <br> : <br> : | PER   _M_<br>DEPUTY CLERK |

**PRAECIPE FOR WRIT OF EXECUTION**
**(Mortgage Foreclosure)**

TO:  MARY E. D'ANDREA, CLERK

MADAM:

Issue Writ of Execution (Mortgage Foreclosure) in the above captioned matter.

Instruct the Marshal to collect the sum of $62,817.49, principal and advances; $5,836.90, interest through October 31, 1999;  plus Interest Credit Subject to Recapture in the amount of $8,878.50;  plus interest accruing from October 31, 1999 at the daily rate of $10.9715  to the date of judgment;  plus interest from the date of judgment at the legal  rate, until paid in full, together with costs of processing and handling  Defendants' claim pursuant to the provisions of 31 U.S.C. § 3717(e)(1) in the

sum of $150.00, plus marshal's costs for personal service in the amount of $282.20; and for foreclosure and sale of the mortgaged premises located at 301 E. Logan Street, Bellefonte, Pennsylvania 16823.

> MARTIN C. CARLSON
> United States Attorney
>
> J. JUSTIN BLEWITT, JR.
> Assistant U.S. Attorney
> 309 Federal Building
> Scranton, PA 18501
>
> KAREN M. MUSLOSKI
> Paralegal Specialist

Dated: 4/10, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

    No. 1:CV-01-0230
    (Rambo, J.)

CHAD E. FLYNN
    Defendant.

## WRIT OF EXECUTION

TO: The United States Marshal of Said District:

To satisfy the judgment, interest and costs in the above matter, you are directed to levy upon and sell the following described property:

### SEE ATTACHED DESCRIPTION

to collect the sum of $62,817.49, principal and advances; $5,836.90, interest through October 31, 1999; plus Interest Credit Subject to Recapture in the amount of $8,878.50; plus interest accruing from October 31, 1999 at the daily rate of $10.9715 to the date of judgment; plus interest from the date of judgment at the legal rate, until paid in full, together with costs of processing and handling Defendants' claim pursuant to the provisions of 31 U.S.C. § 3717(e)(1) in the sum of $150.00, plus marshal's costs for personal service in the amount of $282.20; and for foreclosure and sale of the mortgaged premises located at 301 E. Logan Street, Bellefonte, Pennsylvania 16823.

MARY E. D'ANDREA
Clerk of Courts

By: _____
Deputy Clerk

DATE OF JUDGMENT: 10/26/01