


UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff

       v.                    CIVIL NO. 01-230

CHAD E. FLYNN

    Defendants

**FILED SCRANTON**

**OCT 2 4 2002**

PER ____ /DEPUTY CLERK

### SCHEDULE OF DISTRIBUTION

U. S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED
10/26/01

Amount of cash received . . . . . . . . . . . . . . $ -0-

Balance due from purchaser. . . . . . . . . . . . . $ -0-

Costs billed to the United States Government. . . $ 1,644.50

    Amount bid by: USDA-Rural Development . . . $ 31,000.00

TO BE DISTRIBUTED AS FOLLOWS:

U. S. Marshal Costs:

    Notice of Sale . . . . . . . . . . . . . . . . . $ 20.00

    Service of Summons and Complaint . . . . . . . $ 282.20

    Service of Writ of Execution and Posting . . $ 233.00

    Costs for selling property . . . . . . . . . . $ 161.40

    Marshals Commission. . . . . . . . . . . . . . $ _____

    Notice to Lienholders. . . . . . . . . . . . . $ 40.00

U.S. ATTORNEY COSTS:

    Docket Fee (U. S. Attorney/Clerk of Court) . $ 150.00

    Filing Judgment. . . . . . . . . . . . . . . . $ 32.00

    Bringdown Search . . . . . . . . . . . . . . . $ 140.00

ADVERTISING

    Wellsboro Gazette

    Sept. 18, 25 & October 2, 2002 . . . . . . . . . . $ 585.90


TOTAL COSTS TO U. S. GOVERNMENT. . . . . . . . . . . $ 1,644.50

Proceeds of sale less costs to _____ . . $ _____


AMOUNT BID BY:

USDA-Rural Development

One Credit Union Place

Harrisburg, PA   17110 . . . . . . . . . $ 31,000.00

_____
DONALD HEEMER
CHIEF DEPUTY, USMS