


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
   Plaintiff,

V.

CHAD E. FLYNN,
   Defendant.

1:CV-01-0230

(Rambo, J.)

FILED
SCRANTON

NOV - 6 2002

PER ___4___
   DEPUTY CLERK

Judgment having been entered in the above-entitled action on the 26th day of October, 2001, against CHAD E. FLYNN, a Writ of Execution having been issued on the 17th day of April, 2002, and the property having been sold on the 17th day of October, 2002, the Clerk is requested to tax the following Bill of Costs relating to the sale of that property:

### BILL OF COSTS

(Filed in accordance with Rule 69(a) F.R.C.P.
and Rule 3138(a) Pa. R.C.P.)

United States Attorney, costs:

| | |
|---|---:|
| Docket Fee | $ 150.00 |
| Filing Judgment, local courts | $ 32.00 |
| Bringdown Search | $ 140.00 |

United States Marshal, costs:

| | |
|---|---:|
| Notice of Sale | $ 20.00 |
| Service of Summons and Complaint | $ 282.20 |
| Service of Writ of Execution and Posting | $ 233.00 |
| Costs for Selling Property (Mileage) | $ 161.40 |
| Notice to Lienholders | $ 40.00 |

Advertising:

  Wellsboro Gazette
   9/18/02, 9/25/02 & 10/2/02       $  585.90

Lien Searches:
    Prothonotary, Tioga County    $ 0.00
    Recorder of Deeds, Tioga Cty    $ 0.00
    Tax Claim Bureau, Tioga Cty    $ 0.00

TOTAL COSTS----------                              $1,644.50

State of Pennsylvania    )
County of Lackawanna    ) ss

    I, J. JUSTIN BLEWITT, JR., do hereby swear that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed to:

Chad E. Flynn
43 Ryon Circle
Lawrenceville, PA 16929

with postage fully prepaid thereon.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of October, 2002.

                                                    J. JUSTIN BLEWITT, JR.,
                                                    Assistant U.S. Attorney
                                                    309 Federal Building
                                                    Scranton, PA 18501

Karen M. Musloski
Paralegal Specialist
Financial Litigation Unit