# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | Civil Action 1:CV-01-0230 |
| | : | (Judge Rambo) |
| Chad E. Flynn, | : | |
| | : | |
| **Defendant,** | : | |

**FILED SCRANTON**

**NOV 2 5 2002**

PER _____ DEPUTY CLERK

## CLERK'S TAXATION OF COSTS

**November 25, 2002**

The United States of America filed a bill of costs on November 6, 2002, requesting the taxation of costs in the amount of $1,644.50 to which no objections have been filed. As the United States of America requests the taxation of costs for fees authorized under 28 U.S.C. §§1920, 1921 and Local Rule 54.3,

IT IS ORDERED taxing costs in the amount of $1,644.50.

As provided by Rule 54(d)(1), Fed.R.Civ.P. and Local Rule 54.3, any party may appeal this decision to the court within five (5) days after notice of taxation. Written specifications of the items objected to and the grounds of objections pursuant to Local Rule 54.3 must be filed with the court and served on the opposing counsel/party within five (5) days.

*Mary E. D'Andrea*
MARY E. D'ANDREA
Clerk of Court

cc: All parties/counsel