IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| United States of America, | : |
| Plaintiff | : |
| vs. | : Civil Action 1:CV-01-0230 |
| | : (Judge Rambo) |
| Chad E. Flynn, | : |
| Defendant, | : |

FILED
SCRANTON

NOV 2 5 2002

PER _____
DEPUTY CLERK

**JUDGMENT**

Pursuant to the Judgment entered October 26, 2001, and the provisions of Rule 54(d)(1), Federal Rules of Civil Procedure, costs are hereby taxed against <u>Chad E. Flynn</u> and in favor of the United States of America in the amount of $1,644.50.

ATTEST:

_Mary E. D'Andrea_
MARY E. D'ANDREA
Clerk of Court